IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV399 |
| V. | ) ) | |
| RASMUSSEN MECHANICAL, INC., | ) ) | **ORDER** |
| Defendant. | ) ) | |

Due to a recent change in her schedule, Chief Judge Laurie Smith Camp will not be available for trial during the week of February 18, 2014. Therefore, the trial and pretrial conference dates will be rescheduled.

**IT IS ORDERED:**

1. The February 18, 2014 jury trial before Chief Judge Laurie Smith Camp is rescheduled to the week of **May 20, 2014.**

2. The January 16, 2014, pretrial conference before Magistrate Judge F.A. Gossett is rescheduled to **April 28, 2014, at 9:30 A.M.**

DATED this 27th day of December, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge