IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE, | ) | Case No. 8:12CV399 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| RASMUSSEN MECHANICAL, | ) | |
| Defendant. | ) | |

Counsel for the defendant, Rasmussen Mechancial, notified the court on February 4, 2016 that they wish the following exhibits held by the court in this matter to be destroyed.

<span style="color:blue">Defendant's Exhibits    Jury Trial    5/20/2014</span>

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: February 4, 2016

BY THE COURT

s/ Laurie Smith Camp
Chief, U.S District Court Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15